IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-597-BO

| KITO JOSEPH, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RED HAT, INC., | ) | |
| Defendant. | ) | |

This matter is before the Court on attorney Anthony J. Cuticchia Jr.'s motion to withdraw as attorney of record for plaintiff. [DE 22-3]. Upon consideration of the motion and for good cause shown, plaintiff counsel's motion to WITHDRAW and file under SEAL is GRANTED [DE 22].

Plaintiff also requested an extension of the deadline for discovery for sixty days beyond the existing deadline of December 1, 2016 for the limited and sole purpose of allowing defendant's counsel to depose plaintiff. [DE 30]. Defendant does not oppose the motion to continue. For good cause shown, the motion to continue is GRANTED and the deadlines for discovery and filing of dispositive motions shall be extended 60 days. [DE 30]. The discovery deadline is extended to January 30, 2017, and all dispositive motions will be due March 28, 2017.

Plaintiff's counsel Anthony J. Cuticchia Jr. is directed to serve a copy of this order on plaintiff and to file proof of the same. Plaintiff is directed to either retain new counsel, who must file his or her notice of appearance within thirty (30) days of the filing of this order, or, if

plaintiff will proceed in this matter *pro se*, plaintiff must file a notice with the court of his mailing address within thirty (30) days of the filing of this order.

SO ORDERED, this __15__ day of December, 2016.

*Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE